# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRANBERRY GROWERS COOPERATIVE,<br>　　　　　　　　Plaintiff,<br>v.<br>MAXWELL FOOD PRODUCTS PTY. LTD.<br>　　　　　　　　Defendant. | Court File No. 19-CV-100<br><br>**CRANBERRY GROWERS COOPERATIVE'S RULE 26(a)(3) PRETRIAL DISCLOSURES** |

Plaintiff Cranberry Growers Cooperative ("CranGrow"), by its attorney, Roger Sage, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby makes the following Pretrial Disclosures. CranGrow reserves the right to modify and supplement these disclosures through discovery and as necessary prior to trial.

　　A.　　The name and, if not previously provided, the address and telephone number for each witness-separately identifying the party expects to present and those it may call if the need arises.

**RESPONSE:**

1. Representatives and former representatives of CranGrow including the following individuals:

    a. Timothy (Tim) J. Feit, former director of sales, 1936 Woodcrest Circle, Mosinee, Wisconsin, telephone number 715-203-6940.

    b. James Reed, former CEO and President, 404 Airport Drive, Yoakum, Texas, telephone number 903-424-5018.

    The above former CranGrow representatives are familiar with numerous aspects of the cranberry product purchases by Maxwell.

    c. Linda Lynch, former employee, 23929 Aspen Ave., Warrens, Wisconsin telephone number 608-892-7106.

        Ms. Lynch is a former CranGrow employee with knowledge of the accounting for the purchase of cranberries by Maxwell.

    d.    Bonnie Chaird, former employee, 23929 Aspen Ave., Warrens, Wisconsin telephone number 608-892-7106.

        Ms. Chaird is a former CranGrow employee with knowledge of the logistics and shipping for the purchase of cranberries by Maxwell.

    e.    Jeremy Eichhorn, General Manager, 23929 Aspen Ave., Warrens, Wisconsin telephone number 608-892-7106.

        Mr. Eichhorn is a records custodian of documents and is familiar with the purchase of cranberries by Maxwell. Mr. Eichhorn can be reached through counsel.

2.    Representatives of Maxwell Food Products Pty. Ltd. ("Maxwell"), including the following individuals:

    a.    Paul Walsh, International Trading Manager.
    b.    Chris Spratt, Managing Director.
    c.    Tom Batey.

    Address:    Maxwell Food Products Pty Ltd.
                    Suite 8, Level 2
                    Sydney Markets Plaza Building
                    250-318 Parramatta Road
                    Sydney markets NSW 2129
                    Australia

Telephone number: +61 2 9708 2118

The above Maxwell representatives are familiar with numerous aspects of the cranberry product purchases by Maxwell.

B.    The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

**RESPONSE:** No depositions taken.

  C. An identification of each document or other exhibit, including summaries of other evidence-separately identifying those items the party expects to offer and those it may offer if the need arises.

  **RESPONSE:**

   1. Exhibits expected to be offered:

    a. Email communications (previously identified in Western District of Wisconsin Case No. 19-CV-100 as Document No. 11-1, Exhibit A) consisting of 6 pages.

    b. Cranberry purchase orders (previously identified in Western District of Wisconsin Case No. 19-CV-100 as Document No. 11-2, Exhibit B) consisting of 7 pages.

   2. Exhibits that may be offered:

    a. Email communications (previously identified in the Bankruptcy Court for Western District of Wisconsin Case No. 17-13338 as Document No 225-2) consisting of 2 pages.

    b. Email communications (previously identified in the Bankruptcy Court for Western District of Wisconsin Case No. 17-13338 as Document No 225-3) consisting of 5 pages.

    c. Email communications (previously identified in the Bankruptcy Court for Western District of Wisconsin Case No. 17-13338 as Document No 225-4) consisting of 5 pages.

    d.  Email communications (previously identified in the Bankruptcy Court for Western District of Wisconsin Case No. 17-13338 as Document No 225-5) consisting of 5 pages.

    e.  Email communications (previously identified in the Bankruptcy Court for Western District of Wisconsin Case No. 17-13338 as Document No 225-6) consisting of 3 pages.

Dated: June 19, 2020.

*electronically signed by Attorney Roger Sage*
Roger Sage, plaintiff's attorney
Attorney Roger Sage
30 W. Mifflin St., Suite 1001
Madison, WI 53703
(608) 258-8855
State Bar No. 01009033
