# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Cranberry Growers Cooperative,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>Maxwell Food Products Pty. Ltd.,<br><br>    Defendant and Counter-Plaintiff. | Case No.:  19-CV-100 (BBC)<br><br>**MAXWELL FOOD PRODUCTS PTY. LTD.'S WITNESS LIST** |

Defendant and Counter-Plaintiff Maxwell Food Products Pty. Ltd. ("Maxwell Foods") submits the following witness list pursuant to the Court's Preliminary Pretrial Conference Order [ECF # 17]:

1. Paul Walsh, International Trading Manager, Maxwell Food Products Pty Ltd – Intend to Call

2. Christopher Spratt, Managing Director, Maxwell Food Products Pty Ltd – Intend to Call

3. Buddy Kassoum, Maxwell Food Products Pty Ltd – May Call if Necessary

4. Tom Batey, Maxwell Food Products Pty Ltd – May Call if Necessary

5. James Reed, Former CEO, Cranberry Growers Cooperative – May Call if Necessary

6. Timothy Feit, Former Director of Sales, Cranberry Growers Cooperative – Intend to Call

7. Brendan Rouzer, Former Chief Financial Officer, Cranberry Growers Cooperative – May Call if Necessary

8. Bonnie Caird, Former Director of Supply Chain, Cranberry Growers Cooperative – May Call if Necessary

2

Dated: June 19, 2020.                **FOLEY & MANSFIELD, PLLP**

                                         BY: /s/ Cameron A. Lallier
                                                Cameron A. Lallier (#393213)
                                                clallier@foleymansfield.com
                                                250 Marquette Avenue, Suite 1200
                                                Minneapolis, MN  55401
                                                Telephone:  (612) 338-8788

                                                **ATTORNEYS FOR MAXWELL FOODS**