# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Cranberry Growers Cooperative,<br><br>   Plaintiff and Counter-Defendant,<br><br>vs.<br><br>Maxwell Food Products Pty. Ltd.,<br><br>   Defendant and Counter-Plaintiff. | Case No.: 19-CV-100 (BBC)<br><br>**MAXWELL FOOD PRODUCTS PTY. LTD.'S EXHIBIT LIST** |

Defendant and Counter-Plaintiff Maxwell Food Products Pty. Ltd. ("Maxwell Foods") submits the following exhibit list pursuant to the Court's Preliminary Pretrial Conference Order [ECF # 17]:

1. Email chains between the parties, dated between February 24, 2017 and October 19, 2017, previously produced in this action in document productions bates labeled Maxwell Foods 001 – Maxwell Foods 071.

2. Four (4) February 27, 2017 Purchase Orders

3. Three (3) Marcy 8, 2017 Purchase Orders

4. Crangrow SDC Inventory, Dated as of September 21, 2017

5. Crangrow Cranberry Juice Concentrate, 65 Brix, Specification Sheet

6. Crangrow Cranberry Juice Concentrate, 50 Brix, Specification Sheet

7. September 27, 2017 Purchase Order (colloquially referred to as "Purchase Order 93" by the parties)

8. September 27, 2017 Purchase Order (colloquially referred to as "Purchase Order 94" by the parties)

9. November 20, 2017 Invoice from Badger State Fruit Processing to Maxwell Foods

1526757 v1

Dated: June 19, 2020.　　　　　　　　　**FOLEY & MANSFIELD, PLLP**

　　　　　　　　　　　　　　　　　　　BY: /s/ Cameron A. Lallier
　　　　　　　　　　　　　　　　　　　　　Cameron A. Lallier (#393213)
　　　　　　　　　　　　　　　　　　　　　clallier@foleymansfield.com
　　　　　　　　　　　　　　　　　　　　　250 Marquette Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55401
　　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 338-8788

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR MAXWELL FOODS**